**No. 55750.**—Moosalina Products Corp. *v.* United States, protest 170466–K (New York).

Opinion by JOHNSON, J. It was stipulated that the merchandise consists of Romano cheese similar in all material respects to that the subject of *Scaramelli*

v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protest was sustained to this extent.